UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| YAKIMA VALLEY MEMORIAL HOSPITAL ASSOCIATION, dba YAKIMA VALLEY MEMORIAL HOSPITAL; BILLINGS CLINIC; and ST. VINCENT HEALTHCARE,<br><br>Plaintiffs,<br><br>v.<br><br>TOM PRICE, in his official capacity as Secretary, United States Department of Health and Human Services,<br><br>Defendant. | NO. 1:15-cv-03154-SAB<br><br>**ORDER GRANTING PARTIES' STIPULATION FOR VOLUNTARY DISMISSAL AND DISMISSING CASE** |

Before the Court is the Parties' Stipulation for Voluntary Dismissal, ECF No. 17. The parties, through counsel, have jointly represented that this action, including all claims and counterclaims, should be dismissed with prejudice and without costs. The Court finds good cause to **grant** the motion.

//
//
//
//

**ORDER GRANTING PARTIES' STIPULATION FOR VOLUNTARY DISMISSAL AND DISMISSING CASE** + 1

Accordingly, **IT IS HEREBY ORDERED:**

1. The Parties' Stipulation for Voluntary Dismissal, ECF No. 17, is **GRANTED**.

2. The above-captioned case is **dismissed with prejudice** and without costs to either party.

3. Any pending motions are **dismissed as moot**.

4. All trial dates and deadlines are **stricken**.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order, provide copies to counsel, and **close** the file.

Dated this 23rd day of June, 2017.



Stanley A. Bastian
United States District Judge

**ORDER GRANTING PARTIES' STIPULATION FOR VOLUNTARY DISMISSAL AND DISMISSING CASE** + 2